**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID W. NATCHER, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:16-cv-219 ERIE |
| | ) |
| v. | ) |
| | ) |
| ACCURIDE CORPORATION, | ) |
| | ) |
| Defendant. | ) Electronically Filed |

## APPENDIX TO PLAINTIFF'S RESPONSE AND COUNTER-STATEMENT TO DEFENDANT'S CONCISE STATEMENT OF MATERIAL FACTS

Plaintiff, David W. Natcher, by his attorneys, Ainsman Levine, LLC., files the following

Appendix of Documents:

1.    Exhibit 1:    Deposition Transcript of Samuel Gualardo, C.S.P.

2.    Exhibit 2:    Expert Report of Samuel Gualardo, C.S.P.

3.    Exhibit 3:    Defendant, Accuride's, Responses to Plaintiff's Request for Production of Documents Nos. 1-8, 10.

4.    Exhibit 4:    Accuride Documents 161-163, identified as documentation of safety trainings regarding the crane operations

Respectfully submitted,

AINSMAN LEVINE, LLC

By: /s/ Erin K. Rudert

Erin K. Rudert, Esquire
PA ID No. 200432
Ainsman Levine, LLC
310 Grant Street, Suite 1500
Pittsburgh, PA 15219
(412) 338-9030
er@ainsmanlevine.com

Attorney for Plaintiff, David W. Natcher

Dated:  July 9, 2018

{AL545215.1}1

**AINSMAN LEVINE, LLC**
By:    Erin K. Rudert, Esquire
PA Bar Identification No:  200432
310 Grant Street, Suite 1500
Pittsburgh, PA  15219
(412) 338-9030
er@ainsmanlevine.com
*Attorney for Plaintiff, David W. Natcher*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID W. NATCHER,                                    Civ. A. No. 1:16-cv-000219

          Plaintiff,

vs.

ACCURIDE CORPORATION,

          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, the Appendix to Plaintiff's Response and Counter-Statement to Defendant's Concise Statement of Material Facts were served to counsel of record via United States first class mail, postage prepaid, and electronic mail addressed as follows:

Matthew W. McCullough, Esquire
MacDonald Illig Jones & Britton, LLP
100 State Street, Suite 700
Erie, PA  16507-1459
*Attorney for Defendant*

/s/  *Erin K. Rudert, Esquire*
Erin K. Rudert, Esquire

{AL545215.1}2