IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID W. NATCHER,            )
    Plaintiff              )
                     )
                     )
      v.                  )    Civil Action No. 1:16-cv-219-BJR
                     )
ACCURIDE CORPORATION,        )
    Defendant              )

## DEFENDANT'S RESPONSES TO
## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF
## <u>DOCUMENTS DIRECTED TO DEFENDANT</u>

Defendant Accuride Corporation, by its attorneys, MacDonald, Illig, Jones & Britton LLP, serves these Responses to Plaintiff's First Request for Production of Documents Directed to Defendant, as follows:

1.    Please produce any and all documents pertaining to training by Accuride to the crane operator regarding crane usage prior to the incident in question.

> **RESPONSE:** **All documents responsive to this Request for Production No. 1 were produced on May 31, 2017 or June 1, 2017 and marked Accuride 0000161 - 0000163.**

2.    Please produce any and all documents pertaining to training or re-training by Accuride to the crane operator regarding crane usage subsequent to the incident in question.

> **RESPONSE:** **All documents responsive to this Request for Production No. 2 were produced on May 31, 2017 or June 1, 2017 and marked Accuride 0000161 - 0000163.**



**PLAINTIFF'S EXHIBIT 3** tabbies

3.    Please produce any and all documents evidencing the date(s) on which the crane operator was originally trained on crane operations by Accuride.

> **RESPONSE:** All documents responsive to this Request for Production No. 3 were produced on May 31, 2017 or June 1, 2017 and marked Accuride 0000161 - 0000163.

4.    Please produce any and all documents evidencing the date(s) on which the crane operator was retrained on craned operations by Accuride.

> **RESPONSE:** All documents responsive to this Request for Production No. 4 were produced on May 31, 2017 or June 1, 2017 and marked Accuride 0000161 - 0000163.

5.    Please produce any and all documents evidencing the date(s) on which the crane operator was trained and/or retrained by Accuride as a crane rigger, spotter, or signal person.

> **RESPONSE:** All documents responsive to this Request for Production No. 5 were produced on May 31, 2017 or June 1, 2017 and marked Accuride 0000161 - 0000163.

6.    Please produce any and all documents evidencing rigging training provided by Accuride to crane riggers during the three (3) year period prior to the incident through the present time.

> **RESPONSE:** All documents responsive to this Request for Production No. 6 were produced on May 31, 2017 or June 1, 2017 and marked Accuride 0000161 - 0000163.

7.      Please produce any and all documents evidencing training provided by Accuride to crane spotters during the three (3) year period prior to the incident through the present time.

> **RESPONSE**: **All documents responsive to this Request for Production No. 7 were produced on May 31, 2017 or June 1, 2017 and marked Accuride 0000161 - 0000163.**

8.      Please produce any and all documents evidencing training provided by Accuride to crane signal persons during the three (3) year period prior to the incident through the present time.

> **RESPONSE**: **All documents responsive to this Request for Production No. 8 were produced on May 31, 2017 or June 1, 2017 and marked Accuride 0000161 - 0000163.**

9.      Please produce any and all documents evidencing training provided by Accuride to any and all individuals inspecting the crane and the crane sling during the three (3) year period prior to the incident through the present time.

> **RESPONSE**: **None.  Accuride contracted services to third parties.**

10.     Please produce true and correct copies of the following rules, policies, and/or procedures in effect within Accuride on the date of the incident in question:

> •      crane use, rigging, spotting, and signaling;
>
> **RESPONSE**: **None.**

- driver access to trailers when crane loading was occurring;

  **RESPONSE: None. Defer to driver.**

- driver requirements for removing load hooks;

  **RESPONSE: None. Defer to driver.**

- crane and sling/lifting equipment inspections.

  **RESPONSE: None.**

11.    Please produce the initial in-service crane inspection documentation.

  **RESPONSE: None.**

12.    Please produce all crane inspection documentation for the one (1) year period prior to the incident in question.

> **RESPONSE: All documents responsive to this Request for Production No. 12 were produced on May 31, 2017 or June 1, 2017 and marked Accuride 0000069 - 0000072.**