# Training Records



PLAINTIFF'S
EXHIBIT
4

ACCURIDE  000161

## ACCURIDE ERIE LP
## EDUCATION/TRAINING REPORT

Submit this report to the Human Resources Department for each education/training session conducted within your area. This report is applicable to all employees; production and management.

Submit this report for personal seminars attended.

Analysis of this report provides Cost of Quality information and assists the departments in the development of annual business plans. Reply promptly and accurately.

**NAME OF COURSE** _Crane Safety Training_ **INSTRUCTOR** _Russ Myers_

**DATE OF COURSE** _7-24-08_ **LENGTH OF COURSE(HOURS)** _1 hr_ **MATERIAL COST** _____

| PARTICIPANT NAME | EMPLOYEE # | SIGNATURE |
|---|---|---|
| Dervik Lander | 8066 | |
| Jim KAISER | | |
| Mike Gre | Training Records | |
| Tyler Hodson | | |
| CARL Rutin Jr | | W Ru |
| Glenn Thomas | | |
| John DePalma | 9006 | John D. Palm |
| Greg Dude | 9044 | Gregg J Dunc |
| HENRY KAIZER | 9077 | Henry Kaizer |
| DAN King | 9165 | |
| John Dorieh | 9146 | |
| Rob Blankenship | 9173 | |
| Brian Jordan | 9148 | |
| J. Lozan | 9181 | J. Loz |
| Kevin Donohue | 9180 | Kevin Donol |
| Allen White | 9016 | A WILSON |
| Pessa | 9110 | K Pessa |
| ZUENDEL | 5457 | |
| Don Herrmann | 9174 | Don Herrmen |
| Tom Lawrence | 912 | |
| Mike Moyak | 3222 | |

ENTERED

ACE FORM QAFT3 (Rev. 9/1/03)

ACCURIDE  000162

## 2011 Monthly Safety Training Tracker



| Name | Housekeeping/Machine guard | Hazard Communication | PPE and Fall Protection | BBP/Heat Stress/SiteHawk | Spill Response | ISO 14001 | WC Panel | Fire Extinguishers | Emergency Response and Ev | Ergonomics | Hearing Conservation | Crane Safety | | LOTO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tab Hunter | x | | x | x | | x | | x | x | | | x | | |
| Thomas Harman | x | x | x | x | | x | | | | | | | | |
| Ray Luzier | | | x | | x | x | | x | | | | x | | |
| John Depalma | x | x | x | x | | x | x | x | x | | | x | | |
| George Abercrombie | x | x | x | x | x | x | x | x | x | | | | | |
| Carey Rozanski | | x | x | x | | x | x | x | x | | | x | | |
| Carl Rotunda | x | x | x | | | | | | | | | | | |
| Don Hartmann | x | x | x | x | | x | x | x | x | | x | | x | |
| Edward Vogt | x | x | x | x | | x | x | x | x | | x | | x | |
| Henry Kaizer | x | x | x | | | x | x | x | x | x | | | x | |
| Michael Black | | x | x | x | | | x | x | x | | | | x | |
| Randy Vogt | x | x | x | x | | x | x | x | | | | | | |
| Rob Ennis | x | x | x | | | | | | | | | | | |
| Robert Graves | | x | x | x | x | x | x | x | | | x | | x | |
| Scott Vogan | x | x | x | x | x | x | x | x | | | | | | |
| Steve Hancock | x | x | x | x | x | x | x | x | | | | | | |
| Thomas Taylor | x | x | x | | | | | | | | | | | |
| Tyler Hodson | x | x | x | x | x | x | x | x | | | x | | | |
| Will VanVolenberg | x | x | x | x | | x | x | x | x | | x | | x | |
| Marvin Reddick | x | x | | | | | | x | | | x | | x | |
| Brian Post | | x | x | x | | | x | | x | | | | | |
| Francis Harbaugh | | x | x | x | | x | x | x | x | | x | | x | |

The electronic copy of this document is the _only_ controlled copy.

ACCURIDE 000163